NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAKER HUGHES, INC.,**
*Appellant*

v.

**NALCO COMPANY,**
*Appellee*

---

2015-1895

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,524, 95/001,399.

---

**JUDGMENT**

---

CHRISTOPHER AARON SHIELD, Bracewell & Giuliani, LLP, Houston, TX, argued for appellant. Also represented by JONATHAN R. SPIVEY.

JAMES W. PORADEK, Faegre Baker Daniels LLP, Minneapolis, MN, argued for appellee. Also represented by EDMOND AHADOME, LAUREN J. FRANK, TIMOTHY E. GRIMSRUD; ROBERT J. BARZ, DEVON C. BEANE, JASON ALEXANDER ENGEL, K&L Gates LLP, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 15, 2016                    /s/ Daniel E. O'Toole
     Date                        Daniel E. O'Toole
                                 Clerk of Court